FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
DEC 1 4 2021
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

United States District Court
District of UTAH   Central Division

| | |
|---|---|
| Anthony Charles Murphy<br>Plaintiff<br><br>V.<br><br>Sgt. D Roberts et al<br>Defendants. | Notice and Request<br><br>Case: 2:19-cv-00852 JNP<br><br><br>Judge Jill N. Parrish |

Micheal W. Homer (#1535)
Jesse C. Trentadue (#4961)
Sutter Axland, PLLC
8 east Broadway, Suite 200
Salt lake City, UT 84111

Atty's for Defendants

Anthony Charles Murphy
#224574
Utah State Prison
P.O. Box 250
Draper UT 84020

Pro Se

Comes the plaintiff Anthony C. Murphy advising the court that the plaintiff will not be filing a response to the defendants Response to Plaintiffs Motion for Default Judgement. The plaintiff would stress to the court and to the defendants that he does not and will not file frivolous motions. It was the plaintiff's belief that the defendants had till Nov. 12, 2021 to file and serve the plaintiff. This deadline allowed the defendants an extra 3 days for service by mail. The plaintiffs beliefs may have been wrong he cant say because he does not posses the actual rule that governs when a defendant must ensure that service on the plaintiff has been done. My apology to the Court and counsel if I was wrong.

This mistake has created a unique opportunity for the plaintiff to ask the court to ensure any papers sent to the plaintiff was in fact recieved by him. The prison policy on mail delivery is to send it back to the sender if the prisoner is not here. My upcoming treatments for my cancer will require hospitalization. This will begin within the next 30 days. The stays my be many and or long periods. The plaintiff asks this court in the event the plaintiff fails to respond to any paper filed or court order. Please ensure that I recieved the papers and that I'm physicly able

(1)

to do so. Most if not all the papers that this court has sent me have been stamped legal mail. This requires mail staff to personally deliver it to the inmate which he signs for creating a record of reciept and when. Maybe the defendants could stamp their mailings with (legal mail) it also helps to get the mail days sooner.

Respectfully
Anthony Charles Murphy
*Anthony Charles Murphy*
12-9-2021

I certify that a true copy of this Notice and Request was sent by first class mail postage prepared to the following on 12-09-2021

Jesse C Trentadue
Sutter Axland PLLC
8 east Broadway, Suite 200
Salt lake City UT
       84111

*[signature]*
12-9-2021